RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KING GEORGE MURRAY, III<br>DOC #507288 | : | CIVIL ACTION NO. 09-1571-LC |
| VS. | : | JUDGE MINALDI |
| TONY MANCUSO, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of February, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE